## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER ACOSTA-QUEZADA,** | : | |
| *Petitioner,* | : | **CIVIL ACTION** |
| v. | : | No. 25-5591 |
| | : | |
| **KATHY BRTTAIN,** *et al.,* | : | |
| *Respondents.* | : | |

### ORDER

**AND NOW**, this 29th day of May, 2026, upon consideration of Petitioner Alexander Acosta-Quezada's *pro se* Petition under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* (DKT. 1), Respondents' Motion to Dismiss (DKT. 13), Acosta-Quezada's Response (DKT 14), and the underlying state court record (*see* DKT. 10), and after review of the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga, it is **ORDERED** that:

1.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.  The Petition for Writ of *Habeas Corpus* is **DISMISSED** with prejudice;

3.  There is no probable cause to issue a certificate of appealability; and

4.  The Clerk of the Court shall mark this case **CLOSED**.

BY THE COURT:

_____
**GAIL A. WEILHEIMER, J.**